JOSEPH C. BRAELOW et al., complainants,

*v.*

LOUIS SCHLESINGER, INCORPORATED, defendant-appellant; FEIST & FEIST, INCORPORATED, defendant-respondent.

[Decided January 5th, 1933.]

*Mr. Jacob L. Newman (Mr. Lionel P. Kristeller and Mr. Saul J. Zucker, of counsel), for the appellant.*

*Mr. Philip J. Schotland, for the respondent.*

PER CURIAM.

The decree in the event below will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Church, and reported in *109 N. J. Eq. 472.*

We have noticed a slight misstatement of fact in the opinion which does not at all affect the result.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 16.

*For reversal*—None.